# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE ASPARTAME ANTITRUST
LITIGATION

THIS DOCUMENT RELATES TO:

Hank's Beverage Company v. Ajinomoto
Company, Inc., et al.
C.A. No. 2:06-cv-1732

Nog, Inc. v. Ajinomoto Company, Inc., et al.
C.A. No. 2:06-cv-1751

College Club Beverages Co., Inc. v. The
NutraSweet Company, et al.
C.A. No. 2:06-cv-2065

The Andorra Ridge Company, Inc. v.
Ajinomoto U.S.A., Inc., et al.
C.A. No. 2:06-cv-2236

Sorbee International Ltd. v. The NutraSweet
Company, et al.
C.A. No. 2:06-cv-2241

MASTER DOCKET NO.

06-1732-LDD

## STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME

Counsel for the Direct Purchaser Plaintiffs, Hank's Beverage Company, Nog, Inc.,

College Club Beverages Co., Inc., The Andorra Ridge Company, Inc., and Sorbee International,

Ltd., and counsel for Defendants Daesang Corporation f/k/a Miwon Company Ltd. and Daesang

America, Inc. f/k/a Miwon America, Inc. ("Daesang Defendants") hereby stipulate that the time

in which the Daesang Defendants must answer, plead or otherwise move in response to the

Consolidated Amended Class Action Complaint shall be extended to and include October 16, 2006.

Dated: <u>September 15, 2006</u>                    Respectfully submitted,

 <u>/s/  Dianne M. Nast (DMN 1791)</u>              <u>  /s/ Gary A. Wilson      </u>
Dianne M. Nast                                     Gary A. Wilson
RODANAST, P.C.                                     Mark L. Mattioli
801 Estelle Drive                                  POST & SCHELL, P.C.
Lancaster, Pennsylvania 17601                      Four Penn Center,
                                                   1600 John F. Kennedy Boulevard
                                                   Philadelphia, Pennsylvania 19103

*Liaison Counsel for Direct*
*Purchaser Plaintiffs*                             *Counsel for Defendants Daesang Corporation*
                                                   *f/k/a Miwon Company Ltd. and Daesang*
                                                   *America, Inc. f/k/a Miwon America, Inc.*

W. Joseph Bruckner
Heidi M. Silton
LOCKRIDGE, GRINDAL, NAUEN P.L.L.P
100 Washington Avenue South
Suite 2200
Minneapolis, Minnesota 55401

Daniel E. Gustafson
Karla M. Gluek
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, Minnesota 55402

Michael D. Hausfeld
Benjamin D. Brown
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, District of Columbia 20008

*Lead Counsel for Direct Purchaser Plaintiffs*

                                                   SO ORDERED:


                                                   _____
                                                   Hon. Legrome D. Davis
                                                   United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a true and correct copy of the foregoing Stipulation for

Extension of Time to be served by U.S. First Class Mail, postage prepaid, upon the following at

the addresses indicated:

George G. Gordon, Esquire
Carolyn H. Feeney, Esquire
DECHERT LLP
Cira Centre
2929 Arch St.
Philadelphia, PA  19104
Counsel for Defendant The NutraSweet Company and Monsanto Company

Andy Marovitz, Esquire
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL  60606
Counsel for Defendant Holland Sweetener North America, Inc.

James M. Becker, Esquire
SAUL EWING LLP
Centre Square West
1500 Market ST., 38th Fl.
Philadelphia, PA  19102-2186
Counsel for Defendant Ajinomoto U.S.A, Inc.

Michael R. Lazerwitz, Esquire
CLEARY, GOTTLIEB, STEEN & HAMILTON LLP
2000 Pennsylvania Ave., N.W.
Suite 9000
Washington, D.C. 20006
Counsel for Defendant Ajinomoto U.S.A., Inc.

David Marx, Jr., Esquire
MCDERMOTT WILL & EMERY LLP
227 W. Monroe Street
Chicago, IL  60606
Counsel for Defendants The NutraSweet Company and Monsanto Company

W. Joseph Bruckner, Esquire
Heidi M. Silton, Esquire
LOCKRIDGE, GRINDAL, NAUEN PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Counsel for Plaintiffs Hank's Beverage Company and NOG, Inc.

Alan D. Black, Esquire
Roberta D. Liebenberg, Esquire
Donald L. Perelman, Esquire
FINE, KAPLAN AND BLACK RPC
1835 Market Street, 28th Floor
Philadelphia, PA 19103
Counsel for Plaintiffs Hank's Beverage Company and NOG, Inc.


Joseph Goldberg, Esquire
FREEMAN BOYD DANIELS HOLLANDER
GOLDBERG & CLINE, PA
20 First Plaza, Suite 700
Albuquerque, NM 87102
Counsel for Plaintiffs Hank's Beverage Company and NOG, Inc.


Daniel E. Gustafson, Esquire
Karla M. Gluek, Esquire
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Counsel for Plaintiffs Hank's Beverage Company and NOG, Inc.


Howard J. Sedran, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Counsel for Plaintiffs Hank's Beverage Company and NOG, Inc.


Dennis J. Stewart, Esquire
HULETT HARPER STEWART LLP
550 West C Street, Suite 1600
San Diego, CA 92101
Counsel for Plaintiffs Hank's Beverage Company and NOG, Inc.


Michael L. Roberts, Esquire
ROBERTS LAW FIRM, PA
P.O. Box 241790
20 Rahling Circle
Little Rock, AR 72223
Counsel for Plaintiffs Hank's Beverage Company and NOG, Inc.

I hereby certify that on this date, I caused a true and correct copy of the foregoing Stipulation for

Extension of Time to be filed electronically with the Court which in turn electronically served:

Dianne M. Nast, Esquire
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA  17601
Liason Counsel for Direct Purchaser Plaintiffs


Date:  September 15, 2006                    /s/ Gary A. Wilson_____
                                              GARY A. WILSON, ESQUIRE