UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

IN RE ASPARTAME ANTITRUST :
LITIGATION :
 :
 : MASTER DOCKET NO.
 : 2:06-CV-1732
--- :
THIS DOCUMENT RELATES TO: :
ALL ACTIONS :
 :
 :
 :
---

## AMENDED CERTIFICATE OF SERVICE

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Certain Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint was served on the following by first-class mail on September 15, 2006:

Dianne M. Nast
Joseph F. Roda
RodaNast, P.C.
801 Estelle Drive
Lancaster, PA 17601

W. Joseph Bruckner
Heidi M. Silton
Carmen B. Copher
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 554001

Daniel E. Gustafson
Karla M. Gluek
Gustafson Gluek PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

Michael D. Hausfeld
Benjamin D. Brown
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20008

Mark I. Machiz
Brent W. Landau
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1 South Broad Street, Suite 1850
Philadelphia, PA 19107

Eugene A. Spector
William G. Caldes
Spector, Rosenman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Steven A. Asher
Robert S. Kitchenoff
Weinstein Kitchenoff & Asher, LLC
1845 Walnut Street, Suite 110
Philadelphia, PA 19103

Allan D. Black
Roberta D. Liebenberg
Fine, Kaplan & Black, R.P.C.
1835 Walnut Street, 28th Floor
Philadelphia, PA 19103

Howard J. Sedran
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697

Joseph Goldberg
Freedman Boyd Daniels Hollander
Goldberg & Cline, P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102

Gerald J. Rodos
Mark R. Rosen
Barrack Rodos & Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

Joseph Kohn
Kohn, Swift & Graf, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107-3389

Dennis J. Stewart
Hulett, Harper, Stewart, LLP
550 West C Street, Suite 1600
San Diego, CA 92101

Arthur N. Bailey
Arthur N. Bailey & Associates
111 West Second Street, Suite 4500
Jamestown, NY 14701

Michael L. Roberts
Roberts Law Firm, P.A.
P. O. Box 241790
20 Rahling Circle
Little Rock, AR 72223-1790

Lisa J. Rodriquez
Trujillo, Rodriguez & Richards LLC
8 Kings Highway West
Haddonfield, NJ 08033

Mark Reinhardt
Garrett Blanchfield
Reinhardt, Wendorf, & Blanchfield
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

I hereby certify that a true and correct copy of Certain Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint was served on the following by electronic transmission on September 15, 2006:

Gary A. Wilson
Post & Schell, P.C.
Four Penn Center
13th Floor
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103
Email: gwilson@postschell.com

Mark L. Mattioli
Post & Schell, P.C.
1800 J.F.K. Boulevard
19th Floor
Philadelphia, PA 19103-7480
Email: mmattioli@postschell.com

Dated:   September 19, 2006

_____
Validation of Signature Code: JB1081
JAMES M. BECKER

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Amended Certificate of Service of Certain Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint was served on the following by first-class mail on September 19, 2006:

| | |
|---|---|
| Dianne M. Nast<br>Joseph F. Roda<br>RodaNast, P.C.<br>801 Estelle Drive<br>Lancaster, PA  17601 | W. Joseph Bruckner<br>Heidi M. Silton<br>Carmen B. Copher<br>Lockridge Grindal Nauen P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN  554001 |
| Daniel E. Gustafson<br>Karla M. Gluek<br>Gustafson Gluek PLLC<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN  55402 | Michael D. Hausfeld<br>Benjamin D. Brown<br>Cohen, Milstein, Hausfeld & Toll, P.L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC  20008 |
| Mark I. Machiz<br>Brent W. Landau<br>Cohen, Milstein, Hausfeld & Toll, P.L.L.C.<br>1 South Broad Street, Suite 1850<br>Philadelphia, PA  19107 | Eugene A. Spector<br>William G. Caldes<br>Spector, Rosenman & Kodroff, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA  19103 |
| Steven A. Asher<br>Robert S. Kitchenoff<br>Weinstein Kitchenoff & Asher, LLC<br>1845 Walnut Street, Suite 110<br>Philadelphia, PA  19103 | Allan D. Black<br>Roberta D. Liebenberg<br>Fine, Kaplan & Black, R.P.C.<br>1835 Walnut Street, 28th Floor<br>Philadelphia, PA  19103 |
| Howard J. Sedran<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA  19106-3697 | Joseph Goldberg<br>Freedman Boyd Daniels Hollander<br>Goldberg & Cline, P.A.<br>20 First Plaza, Suite 700<br>Albuquerque, NM  87102 |
| Gerald J. Rodos<br>Mark R. Rosen<br>Barrack Rodos & Bacine<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA  19103 | Joseph Kohn<br>Kohn, Swift & Graf, P.C.<br>One South Broad Street, Suite 2100<br>Philadelphia, PA  19107-3389 |

| | |
|---|---|
| Dennis J. Stewart<br>Hulett, Harper, Stewart, LLP<br>550 West C Street, Suite 1600<br>San Diego, CA 92101 | Arthur N. Bailey<br>Arthur N. Bailey & Associates<br>111 West Second Street, Suite 4500<br>Jamestown, NY 14701 |
| Michael L. Roberts<br>Roberts Law Firm, P.A.<br>P. O. Box 241790<br>20 Rahling Circle<br>Little Rock, AR 72223-1790 | Lisa J. Rodriquez<br>Trujillo, Rodriguez & Richards LLC<br>8 Kings Highway West<br>Haddonfield, NJ 08033 |
| Mark Reinhardt<br>Garrett Blanchfield<br>Reinhardt, Wendorf, & Blanchfield<br>E-1250 First National Bank Building<br>332 Minnesota Street<br>St. Paul, MN 55101 | Gary A. Wilson<br>Post & Schell, P.C.<br>Four Penn Center<br>13th Floor<br>1600 John F. Kennedy Boulevard<br>Philadelphia, PA 19103 |
| Mark L. Mattioli<br>Post & Schell, P.C.<br>1800 J.F.K. Boulevard<br>19th Floor<br>Philadelphia, PA 19103-7480<br>Richard L. Scheff<br>Lathrop B. Nelson, III<br>Montgomery, McCracken, Walker & Rhoads, LLP<br>123 South Broad Street<br>Philadelphia, PA 19109<br>Jon B. Dubrow<br>McDermott Will & Emery, LLP<br>600 Thirteenth Street, N.W., 12th Floor<br>Washington, D.C. 20005 | Andrew S. Marovitz<br>Britt M. Miller<br>Mayer, Brown, Rowe & Maw LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>David Marx, Jr.<br>McDermott Will & Emery, LLP<br>227 West Monroe Street, Suite 3100<br>Chicago, IL 60606<br><br>George G. Gordon<br>Carolyn H. Feeney<br>Dechert LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104 |

Dated: September 19, 2006

_____
*Validation of Signature Code: JB1081*
JAMES M. BECKER

4