IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASPARTAME ANTITRUST LITIGATION | :    No. 06-CV-1732 (LDD) |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | : |

## DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

For the reasons set forth in the Direct Purchaser Plaintiffs' accompanying Memorandum of Law, which Plaintiffs incorporate by reference, Plaintiffs respectfully move this Court, pursuant to Federal Rule of Civil Procedure 23, to certify the following class:

> All individuals or entities (excluding governmental entities, Defendants, and their parents, predecessors, subsidiaries, affiliates, and their Co-Conspirators) who purchased Aspartame in the United States directly from any of the Defendants or their Co-Conspirators or any predecessor, subsidiary, or affiliate of each ("the Class"), at any time during the period from January 1, 1993 to the present (the "Class Period").[1]

Plaintiffs further request that the Court designate Plaintiffs Nog, Inc. and Sorbee International Ltd. as class representatives and appoint the law firms of RodaNast, P.C.,

---

[1] The Consolidated Amended Class Action Complaint alleged a class period beginning January 1, 1992.

Lockridge Grindal Nauen P.L.L.P., Gustafson Gluek PLLC, and Cohen Milstein Hausfeld & Toll, P.L.C. as Co-Lead Class Counsel.

Dated: April 28, 2008

/s/ Dianne M. Nast
Dianne M. Nast          DMN1791
Erin C. Burns
Michele S. Burkholder
RODANAST, P.C.
801 Estelle Drive
Lancaster, Pennsylvania 17601
Tel:  (717) 892-3000
Fax:  (717) 892-1200
*Liaison Counsel for the Direct Purchaser Plaintiffs*

W. Joseph Bruckner
Heidi M. Silton
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Tel:  (612) 339-6900
Fax:  (612) 339-0981

Daniel E. Gustafson
Karla M. Gluek
Brian L. Williams
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Tel:  (612) 333-8844
Fax:  (612) 339-6622

Michael D. Hausfeld
Benjamin D. Brown
Shelly L. Friedland
Kathleen M. Konopka
COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Tel:  (202) 408-4600
Fax:  (202) 408-4699

*Co-Lead Counsel for the Direct Purchaser Plaintiffs*