UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 09-1487

IN RE: ASPARTAME ANTITRUST LITIGATION

NOG, INC; SORBEE INTERNATIONAL, LTD.,
Appellants

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
District Court No. 2-06-cv-01732
District Judge: The Honorable Legrome D. Davis

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
January 25, 2011

Before: McKEE, *Chief Judge*, SMITH, *Circuit Judges*
and STEARNS, *District Judge**

JUDGMENT

This cause came on to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted on January 25, 2011.

On consideration whereof, it is now hereby ADJUDGED and ORDERED that the judgment of the District Court entered August 11, 2008, be and the same is hereby

---

* The Honorable Richard G. Stearns, United States District Judge for the District of Massachusetts, sitting by designation.

1

AFFIRMED. All of the above in accordance with the opinion of this Court. Costs taxed against the appellants.

                                         Attest:

                                         /s/Marcia M. Waldron

                                         Clerk

Date: January 28, 2011

Certified as a true copy and issued in lieu of a formal mandate on February 22, 2011

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**